Pro Se S (Rev. 12/16) Complaint and Request for Injunction

**FILED**

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Oakland Division

JUN 27 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case No.

**C19-3760  TSH**

*(to be filled in by the Clerk's Office)*

---

Moorish National Republic
Consul, Antonio El #06143
Marie Mairiam Bijou Bayo El #06143

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

THE STATE OF CALIFORNIA
Daniel, A. Gonzalez #619566
Kevin, Honea #617339
Alan, Boyd Honeycutt #176358
Barbara, Jean Mcdaniel #182275

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

(a9) IFP
NP

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Consul, Antonio El #06143 / Marie Mairiam Bijou Bayo El #06143 |
| Street Address | In care of 2200 Century Boulevard |
| City and County | Los Angeles Territory, Los Angeles County |
| State and Zip Code | California Republic [90047] Non Domestic |
| Telephone Number | 202-766-6032 |
| E-mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Daniel, A. Gonzalez #619566 |
| Job or Title *(if known)* | Actor/Narcotics Officer |
| Street Address | 310 W Imperial Hwy |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA [90044] |
| Telephone Number | (323) 820-6700 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Kevin, Honea #617339 |
| Job or Title *(if known)* | Actor/Narcotics Officer |
| Street Address | 310 W Imperial Hwy |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA [90044] |
| Telephone Number | (323) 820-6700 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Alan, Boyd Honeycutt #176358 |
| Job or Title *(if known)* | Actor/Bar member/Judge |
| Street Address | 825 Maple Ave, Torrance, CA 90503 |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA [90044] |
| Telephone Number | (310) 787-3700 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Victor, Lamar Wright #158908 |
| Job or Title *(if known)* | Actor/Bar member/Judge |
| Street Address | 1 E Regent St, Inglewood |
| City and County | Inglewood, Los Angles County |
| State and Zip Code | CA [90301] |
| Telephone Number | (310) 419-1396 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Treaty Law - Article III Jurisdiction - violation of Unalienable Rights.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Antonio El / Marie Mairiam Bijou Bayo El , is a citizen of the
   State of *(name)* California Republic .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* Moorish National Republic , is incorporated
   under the laws of the State of *(name)* California Republic ,
   and has its principal place of business in the State of *(name)*
   California Republic .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* Daniel A. Gonzalez #619566 , is a citizen of
   the State of *(name)* . Or is a citizen of
   *(foreign nation)*

b.   If the defendant is a corporation

The defendant, *(name)*  STATE OF CALIFORNIA _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

(See Attachment) - Affidavit of Facts

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

(See Attachment) : Affidavit of Facts / Affidavit Warrant of Arrest of A Officer

B.   What date and approximate time did the events giving rise to your claim(s) occur?

(See Attachment) : Affidavit of Facts / Affidavit Warrant of Arrest of A Officer

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

(See Attachment) : Affidavit of Facts / Affidavit Warrant of Arrest of A Officer

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

(See Attachment) : Affidavit of Facts / Affidavit Warrant of Arrest of A Officer

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediate remedy and with like force instruct all Defendants and their agents to honour the full Diplomatic Immunity of the Moorish National Republic and its Heirs.
Further, We demand that the Federal Employer number 06143 be added to the National database and International Communications so as to allow Diplomatic passage.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06-18-2019

Signature of Plaintiff    _Antonio El  - U.C.C 1-308/207_

Printed Name of Plaintiff    Consul, Antonio El

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

05/23/2019



Moorish-Moroccan Flag



National Seal



Continental Flag

## Al Moroccan Empire
### ~ Societas Republicae Ea Al Maurikanos ~
**Moorish National Republic Federal Government**
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate' - 'Turtle Island'
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

# Affidavit of Financial Statement
### (Exercise of Constitution – Secured Right)

MOORISH NATION
MOORISH NATIONAL REPUBLIC
**Antonio El, Consul, Authorized Representative**
Natural Person, In Propria Persona:
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
North West Amexem, Caalifa Trritory
**Mailing Location:**
In Care of 2226 MacArthur Boulevard
Oakland Territory, California Republic
[Zip Exempt] Non-Domestic via United States Mail

To: **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**
Clerk of Court
**ATTN: Susan Y. Yoong**
1301 Clay St #400S
Oakland, CA [94612]

## Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

**Article VI**
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

**Article 1, Section X**
"All debts shall be payable in gold or silver coin"

**Amendment V**
" No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.



Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

## Amendment IX
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. __Miranda v. Arizona 384 US 436, 125:__*

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right.  Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,



I Am: _____
**Antonio El,,**
Consul, Authorized Representative
Natural Person, In Propria Persona
Ex Relatione - **ANTONIO WHITE**
All Rights Reserved Allodial;:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o 2226 MacArthur Boulevard
Near Oakland,Territory-, California Republic [Zip Exempt]

Non-Domestic

   

**THE MOORISH NATIONAL REPUBLIC**
**THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD**
**Aboriginal Indigenous Natural Peoples of**
**Northwest Amexem - North America**

<u>**Memorandum to Waive All United States District Court Document Fees**</u>

To:   **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
      Susan Y. Soong
      Clerk's Office
      [1301 Clay St #400S,
      Oakland, CA 94612]

      MOORISH NATION / MOORISH NATIONAL REPUBLIC
From: **Consul Antonio El / Marie Mairiam Bijou Bayo El**
      Ex. Relatione : ANTONIO WHITE JR © / MARIE MAIRIAM BIJOU BAYO ©
      (All Rights Reserved Allodial without Prejudice)
      c/o 2226 MacArthur Boulevard
      near Oakland Territory, California Republic [Zip Exempt]

To the United States District Court Clerk:

I/We, **Consul Antonio El,** and **Marie Mairiam Bijou Bayo El** Aboriginal Indigenous Divine Natural Moorish American Person(s), In Propria Persona (And Not Pro Se Nor Colorable) due hereby affirm the following Treaties, Supreme Law of the Land, National and International Declarations, and Case Law to be applicable with regard to waiver of United States District Court fees for copying, sending, receiving, and viewing documents for Public viewing and use:

1.  **The Treaty of Peace and Friendship 1786/1836.**
2.  **The Constitution For the United States Republic of North America –**
    <u>**United States Constitution Article VI**</u>

    -   *"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."*

<u>**United States Constitution, Amendment IX**</u>

    -   *"The enumeration in the Constitution, of certain rights, shall <u>not be</u> construed to deny or disparage others retained by the people"*

<u>**Supreme Court Case Law:**</u>

**T**he state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

**W**here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

**T**herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a REMOVAL of any and all unconstitutional fees demanded by the United States District Court Clerk for the viewing, use, copying, sending, or receiving of documents for Public use of any kind.

**I/We Respectfully, with 'Good Faith', and with Honor,** demand free access to the Court and it's documents by Right, with said access unhindered.

I/We, Consul Antonio El / Marie Mairiam Bijou Bayo El , A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love),  Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice),

**A**ll Rights Reserved Without Prejudice / Recourse; Allodial Claim.



I Am: _____
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

Aboriginal / Indigenous, free Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and

the Adjoining Islands Al Moroc / Ameru / American

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

I Am: _____
Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved

Aboriginal / Indigenous, free Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and

the Adjoining Islands Al Moroc / Ameru / American

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

05/23/2019

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## AFFIDAVIT OF FACTS

Moorish National Republic
Consul, Antonio El #06143,
Marie Mairiam Bijou Bayo El #06143,

Plaintiffs,
In Propria Persona, Sui Juris Heir
Strictly Not Pro' Se

v.

THE STATE OF CALIFORNIA
Sergent Sumi #460224
Daniel Gonzalez #619566
Kevin Honea #617339
Barbara Jean Mcdaniel #182275
Victor Lamarr Wright #158908
Alan Boyd Honeycutt #176358
Julie Fox Blackshaw #113332
Robert Milton Conley #127144
Glen Toshio Kiyohara #165617
Alexa Jaclyn Gomez #316574
Mahua Dattary #297261

Defendants,

Case No.: [YA099423],
[199CCJP0088A], [199CCJP0088]

**Request for Arrest of a State Actor, Injunctive Relief, and Estoppel**

Date Action filed: **01/03/2019, 01/17/2019,04/03/2019, 05/10/2019**

## NATURE OF THE CASE

WHEREAS, the **SUPERIOR COURT OF THE STATE OF CALIFORNIA, LOS ANGELES COUNTY SHERIFF DEPARTMENT**, State Actors **DANIEL GONAZALEZ - #619566, KEVIN HONEA - #617339, BARBARA JEAN MCDANIEL - #182275, VICTOR LAMARR WRIGHT - #158908, ALAN BOYD HONEYCUTT- #176358, JULIE FOX BLACKSHAW - #113332, ROBERT MILTON, CONLEY- #127144, GLEN ,TOSHIO KIYOHARA #165617** are knowingly or unknowingly in collusion in denationalize of Al Moroccan Nationals with Moorish lineage as evidenced by Suit(s) / Summons / Bill(s) of Exchange Instrument(s) Number #(s):**XSWYA099423, INGYA099423,199CCJP00088A, 19CCJP00088B**, whereby the corporate agencies have removed my title of Nobility and Nationality by labeling me and my family as **"BLACK"** which is considered Libel and Slander and Defamation of Character. My Status is on the Public Record reflecting an Allodial American National, Free White Person protected by Treaty provisions, and as a result the "STATE OF CALIFORNIA". is construed as a Foreign entity with its legislative policies notwithstanding. **(Treaty Attached – See Exhibit A).**

Furthermore I/we was placed under the artificial entity/ legal fiction/ 14th amendment corporate person, Ex Relatione **ANTONIO WHITE JR© and MARIE MAIRM BIJOU BAYO©** an Ens Legis ESTATE which was not consented or contracted with or anyone given permission to act as EXECUTOR OF OFFICE. I am the first lien holder of the Ens Legis's collateral(s) and asset(s) and have entered my status/ standing into the public record for the world to see my Reservation of Rights as evidenced **(See Exhibit B).**

This lack of respect for an Allodial American National protected by a Sovereign Nation State is unacceptable pursuant to the **"Act of State"** doctrine of my nation and as such I wish for this Court to construe the facts liberally, accept them as true and instruct the **"STATE OF CALIFORNIA"** and its agents that they lack jurisdiction to prosecute us in the pending **SUPERIOR COURT** cases for want of jurisdiction or each individual in both their public and private capacity are demanded

1

to face charges for violation of **The United States Codes of Law – Title 18, Chapter 13, Sections 241 & 242 & Title 18 Sections 1001 (See EXHIBIT C)**
**Pursuant to Sections 450 - 460**, California Statutes, The Al Moroccan Government through its Consular General Office demanded the "STATE OF CALIFORNIA." to take judicial notice of the following Decisional, Constitutional, and Public statutory law and resolutions of the California Legislature and the Congress of the United States. (Ca. Stat. Judicial notice may be taken of the following matters to the extent that they are not embraced within Section 451:),

Exhibits attached: **Pursuant to California Statues 452 (f) -** Laws of foreign nations and of an organization of nations, the judicial power may **not** apply a statute to intrude upon a constitutional prerogative and obligation to Treaty Law. The Treaty being referred here is noted and prided as the longest running Treaty in History of this nation. **(Treaty of Peace and Friendship 1787 & 1836 (See Exhibit A) Treaties in Force 2019 - United States Department of State.**

The State Actor ALAN BOYDD HONEYCUTT Bar Member #176358, is acting as a Judge in a judicial capacity for the "**SUPERIOR COURT OF CALIFORNIA.**" Criminal/Civil court which is **not** mentioned in the California Constitution and is therefore without any lawful delegation of authority to assume both personal and subject matter jurisdiction. The State of California have persisted to violate my Unalienable Birthright, Natural rights, Nationality and Lawful Status secured by the supreme law of the land. The Superior Court of California ignored all documents presented with the intention of clearing up errors regarding Status, Identity, Administrative Errors and breaches of oaths by officers of the court **(See EXHIBIT E)** for the State Actor's perusal to construe and to make a Good Faith decision. The defendants ignored the evidence and chose to act in Bad Faith which is synonymous with Fraud.

Therefore, the state Actor Alan, Boydd Honeycutt Bar Member #176358, the clerk of court, SHERRI R. CARTER have no right to supersede their limited, inferior jurisdiction; nor do they possess the lawful right to deny due process to me the affiant.

**WHEREAS,** the state Actor Alan, Boydd Honeycutt Bar Member #176358, his clerk SHERRI R. CARTER and the prosecuting attorneys was notified numerous times of their collusion efforts to breach and violate Constitutionally protected rights as evidenced herein by case records. By their actions taken on Los Angeles County court record, it seems they are intending to further create injury in my natural person by threat and arrest of my body even after knowing that jurisdiction was not established before proceeding or at any point throughout the misconduct. I canceled the defacto adhesive contractual arrangements with the "STATE OF CALIFORNIA." and its agencies voluntarily, I am not a U.S. Citizen (which is considered an Enemy of the State) and now lawfully possess an Al Moroccan Nationality/ Travel Card Issued by my Nation State **(See EXHIBIT F). See Morris v. Gilmer,** 129 U.S. 315, 326-327 (1889). Once a judge has knowledge that subject matter jurisdiction is lacking, he has no discretion but to dismiss the action, and failure to do so subjects the judge to personal liability.

**WHEREAS,** "Officers of the court have no immunity, when violating a Constitutional right, from liability.  For they are deemed to know the law." (**Owen v. Independence, 100 S.C.T. 1398, 445 US 622; Maine vs. Thiboutot, 100 S. Ct. 2502;** and **Hafer vs. Melo, 502 U.S. 21;** officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: **Title 42 U.S.C. Sec. 1983.**

According to LAW, when the question of **Jurisdiction** is placed before **ANY** court, it must be physically produced. A Judge/ Court cannot satisfy it by mere want. **Industrial Addition Association v. C.I.R., 323 US 310, 313.** Also See: **Griffin v. Matthews, 310 F supra 341, 342 (1969). The** "STATE OF CALIFORNIA" cannot produce for the record any instruments issued under its quasi so called authority showing a contract with the 14th Amendment citizen known to

2

them as "**ANTONIO WHITE JR©**" and "**MARIE MARIAM BIJOU BAYO©**" that they wish to use as a cover from liability to violate my rights.

**THEREFORE,** the Arrest Warrant herein attached for the State Actor(s) should be honored under Constitutional provisions and I demand that the United States Marshal Services execute said Warrants per their Constitutional Oath to defend against all enemies foreign and domestic.

## JURISDICTION

United States Republic, (De Jure.) Constitution 1791, Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. **California State Republic 06143**

### <u>United States Supreme Court Decisions - Stare Decisis:</u>
### (Original Jurisdiction - Substantive Rights)
### Obligations of State Courts:

**The United States Supreme Court:** *State courts, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law.* **Stone v. Powell** *428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.*

**The United States Supreme Court:** *The obligation of state courts to give full effect to federal law is the same as that of federal courts.* **New York v. Eno.** *155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.*

**The United States Supreme Court:** *An administrative agency may not finally decide the limits of its statutory powers; this is a judicial function.* **Social Security Board v. Nierotko.** *327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719*

## Venue

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

## Plaintiff

**Heir / Affiant / Responder: Antonio El** a Free White Person, Authorized Representative, Aboriginal / Indigene**;** In Propria Persona (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non-Domestic, Non-Resident, and Non-Subject.

**Heir / Affiant / Responder: Marie Mariam Bijou Bayo El** a Free White Person, Authorized Representative Aboriginal / Indigene**;** In Propria Persona (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non-Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity:** Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land / 'The North Gate' - Al Moroc - North America.

**Status**: Free White Person, Aboriginal / Indigenous; Descendant of the Ancient Ones / Moabites / Muurs / Moors – Northwest Amexem / Northwest Africa / North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Continent**: Territorial Jurisdiction: Northwest Amexem / Northwest Africa / North America; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan / Americana); And Not a Subject, Not Foreign, nor an artificial, corporate - artifice, or fictional, 14th Amendment U.S. Citizen (created on paper).

**Antonio El**, all rights reserved, as a "Citizen/National of the U.S.A.", Outside A "Federal District" within a non-military occupied private estate, not an enemy of the State under The Trading with The Enemy Act of 1933, The War Powers Act, The Emergency Banking Relief Act of 1873, and The Debt Relief Act of 1793, I am not a volunteer, subject to the jurisdiction, statute, codes, and regulations of the "United States Corporation". With special exclusive rights in Equity.

**Marie Mairiam Bijou Bayo El**, all rights reserved, as a "Citizen/National of the U.S.A.", Outside A "Federal District" within a non-military occupied private estate, not an enemy of the State under The Trading with The Enemy Act of 1933, The War Powers Act, The Emergency Banking Relief Act of 1873, and The Debt Relief Act of 1793, I am not a volunteer, subject to the jurisdiction,

3

statute, codes, and regulations of the "United States Corporation". With special exclusive rights in Equity.

**"Jura Sanguinis Nullo Jure Civili Dirimi Possunt"**
**"The right of blood and kindred cannot be destroyed by any civil law"**

## Additional Defendants

Gavin Newsom
STATE OF CALIFORNIA INC.,
Office of the Governor
[ 1303 10th Street,
Sacramento, California 95814 ]

Alex Villanueva
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
[ 211 W. Temple St.
Los Angeles, CA 90012]


Xavier Becerra - Bar Member  #118517
STATE ATTORNEY OFFICE
[ 300 S. Spring street #1700
Los Angeles, California  90013 ]

Sherri R. Carter
SUPERIOR COURT OF CALIFORNIA
Executive Officer/Clerk
[ 111 N. Hill Street, Rm 105E
Los Angeles, California 90012 ]

Alex Padilla
DIVISION OF BUSINESS SERVICE
Secretary of State
DEPARTMENT OF STATE
[ 1500 11th Street
Sacramento, California 95814 ]

4

## Facts

In support of this petition we state for the record:

1. On January 3, 2019 Both **Antonio El**, and **Marie Mairiam Bijou Bayo El** both Free White Persons and Foreign Nationals to the "STATE OF CALIFORNIA", was traveling with our family and children in our private capacity, in our private motor conveyance when we were harassed, violated and charged by the Defendants on colorable charges of a "traffic violation" which holds no Merit under Constitutional provisions.

2. The Defendants have willfully removed our title of Nobility and Nationality by labeling us as **"BLACK"** which is considered Libel and Slander and Defamation of Character even as evidenced by Suit(s) / Summons / Bill(s) of Exchange Instrument(s) / Number #(s) **SXWYA099423 / INGYA099423 / 19CCJP 00088A / 19CCJP 00088B (See EXHIBIT G )**

3. Our bodies was kidnapped and held for ransom, Our children bodies was kidnapped, held unlawfully and taken into the Department of Children Family Services,
   **Marie Mariam Bijou Bayo El** was held for 15 days, **Antonio El** was held for 90 days,
   **Ali El and Amirah El** was held for 2 days and was taken against our will without consent under threat, duress, coercion, genocide, and conspiracy and with no verified claim on the record and was held even after it was clear that the "STATE OF CALIFORNIA" lacked jurisdiction.

4. Numerous correspondences were placed on the record to clear up any errors as far as my status to the state actors from the Al Moroccan Federal Government and were recorded on Los Angeles County Recording Office records publicly. Even after presenting the evidence, the "Pretender" (according to **U.S.C 18 Section 912**) refused to act in Good Faith and honor the documents. Instead chose to ignore and force further proceedings under Color of Law. **(See EXHIBIT H)**

5. The STATE OF CALIFORNIA and its agents have also manipulated and falsify documents time and time again by altering my name on documents by spelling the name in "ALL CAPS" which is an indication of CAPITIS DIMUNITIO MAXIMA which is NOT my status and also defaming my character by labeling me as "BLACK" even though my correct status has been recorded and filed publicly and have been misrepresenting me under COLOR OF LAW in order to denationalize me and fraudulently claim jurisdiction. Which is a violation of **USC Title 18 Section 1001**

6. We are being violated on our own Ancestral Estate as our "Nationality Identification" affirms both our domicile being North America/ Northwest Amexen /North Africa which meets the National ID Act and 1508 "Specially Mentioned Identifications" U.S.C. Title 18 section 1028. **(SEE EXHIBIT I)** Therefore all defendants are deemed incompetent and ignorant to the law and are all guilty of enforcing colorable laws under stress, duress and coercion in violation of **U.S.C. Title 18 section 241, 242 and 245.**

7. The STATE OF CALIFORNIA through its agent(s), Alan Boydd Honeycutt #176358 (acting judge) and other parties have shown further fraud / bad faith with the intent of causing harm and injury to my body by issuing a CAPIAS for my body even though it is very evident that the court lacks jurisdiction. This is absolute proof of the RICO violations

and these individuals should be held fully accountable for these crimes against the people. **(SEE EXHIBIT J )**

## Legal Claims

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Bad faith" and "Fraud" are synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc. Joiner v. Joiner, Tex. Civ. APP.,87 S.W. 2d 903, 914, 91*

A Treaty lawfully entered into stands on the same footing of supremacy as does the Constitution and Laws of the United States. It is generally self-operating in that it requires no legislation by either Congress or the state. **Asakura v. Seattle, 265 U.S. 332, 44 S. Ct. 515, 68 L. Ed. 1041**.

A treaty must be regarded as a part of the law of the state as much as are the state's own statutes and it may override the power of the state even in respect of the great body of private relations which usually fall within the control of the state. The treaty-making power might even be superior to those powers which are reserved to the states. **State of Missouri v. Holland, 252 U.S. 416, 40 S. Ct. 382, 64 L. Ed. 641, 11 A.L.R. 984.**

The power of the State in this respect follows from her sovereignty within her limits, as to all matters over which jurisdiction has not been expressly or by necessary implication transferred to the "STATE OF CALIFORNIA" and the Federal government. Such control would be foreign to the purposes for which the corporate state charters and Federal government was created, and would seriously embarrass the landed interests of the state." **See also Pennoyer v. Neff, 95 U.S. 714, 715, 24 L. Ed. 565.**

Therefore, this is Prima Facie evidence that the Oath of office binds all Officers to their Constitutional Contract for which they have a fiduciary duty as trustee's to uphold the Supreme Law of the land. Article VI of the Constitution for the United States of America (Republic) "SUPREMACY OF THE NATIONAL GOVERNMENT" **Section 2** states "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; **and all Treaties made**, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land**; and the Judges in every State **shall be bound thereby**, anything in the Constitution or Laws of any State to the Contrary notwithstanding."

American case law clearly adjudicated that: *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them"* **Miranda v. Arizona, 384 U.S.**

The **Act of State Doctrine** fortifies the independence of sovereign states when employed. All plainly stated grants of contractual authority evident in The Constitution for the United States of America (Republic) remain in place, subject to good faith performance of the accompanying obligations and **Treaties**.

Therefore as affirmed by **American Jurisprudence State and Federal Conflicts of Law Constitution Law 75 Subsection 1 to 359**, State Statutory provision must yield to any applicable provisions of any valid treaty of United States with Foreign Countries. Continuing part of supreme law of the land. Even state laws governing essentially local matters must yield to valid treaties when there is conflict between them. Treaty rights and use of international boundary streams cannot be interfered by state statures.

For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." **Sherer v. Cullen 481 F. 945**. The "STATE OF CALIFORNIA" is a Corporate fiction on paper and is not the Land and therefore cannot be injured by a Natural Person Flesh and Blood and has no superior rights over any

6

American National or Foreign National. *With no injured party, a complaint is invalid on its face*". **Gibson v. Boyle, 139 Ariz. 512.** Supreme courts ruled "Without Corpus delicti there can be no crime" "In every prosecution for crime it is necessary to establish the "corpus delicti", **People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.**

The State of California should immediately sua sponte inquire into their own jurisdiction to avoid burdening other branches with the necessity of proceedings. **See Mengedoht v. Burch, No. 85-5671 CA-T (Fla. 18th Jud. Cir. Sept. 12, 1986).** (agreeing inter alia, separation of powers and legislative privilege protected by constitutional principles).

Once a judge has knowledge that subject-matter jurisdiction is lacking, he has no discretion but to dismiss the action, and failure to do so subjects the judge to personal liability. **See Morris v. Gilmer, 129 U.S. 315, 326-327 (1889). Relief**

There should be **no arbitrary deprivation of life or liberty, or arbitrary spoliation of property.** (Police power, Due Process) **Barber v. Connolly, 113 U.S. 27,31; Yick Yo v. Hopkins, 118 U.S.** Traffic Infractions are not a crime.**" People v. Battle, 50 Cal. App. 3 step 1, Super, 123 cal. Rptr. 636, 639.**

A soldier's personal automobile is part of his 'household goods. **Molway v. City of Chicago,88 N.E 485, 486,239 III 486; Smiley v. East St. Louis Ry. Co., 100 N.E 157, 158.**

An unconstitutional law is not a law, it confers no rights, imposes no duties, and affords no protection. **Norton vs. Shelby County, 118 U.S. 425.**

The claim and exercise of a Constitutional right cannot be converted into a crime. **Miller v. U.S. 230 F 2d 486, 489.**

## The Enforcement of the following (Relief Stated):

1) Plaintiff demands judgment in the sum of $25,000,000.00 USD "Twenty Five Million" Federal Reserve Notes together with court cost which the court may assess. The Plaintiffs, says the foregoing is a just and true statement of the amount owing by the Defendants to the Plaintiffs, exclusive of all set-offs and just grounds of defense. I wish for the Bill to be paid in full within seven (7) days and trust in "Good Faith' this court will aid me in my claim for relief.

2) Plaintiff wishes for the assurance of Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3) Plaintiffs wishes for the agents of this court in "Good Faith" uphold their Oath of Office and instruct the "STATE OF CALIFORNIA" and its agents that they have violated the Act of State doctrine by knowingly or unknowingly denationalizing me and slandering my noble title by calling me a "Sovereign citizen" which is a misnomer at law, defamation of character, and a war tool to violate my Constitutionally secured rights to Due Process.

4) Plaintiffs wishes for this court to construe the facts liberally from a common sense approach and affirm in its report that the "STATE OF CALIFORNIA" (through its agents) lacks jurisdiction to prosecute us in the pending state of court case #(s) **INGYA099423 / XSWYA099423** for criminal/traffic violations of commercial statues (2800.2 -FLEEING A PURSUING PEACE OFFICER'S MOTOR VEHICLE WHILE DRIVING RECKLESSLY),(69 -RESISTING EXECUTIVE OFFICER), (25400(A)(2) -CARRYING A CONCEALED WEAPON which was terminated voluntarily after finding out that it is a contract. We are in a contract with our Sovereign Nation and was issued an Al Moroccan Nationality/Travel Card when we Declared our Nationality publicly.

5)     Plaintiff seeks Injunctive relief and estoppel from this court against the "STATE OF CALIFORNIA" from constantly trying to attach the 14th amendment public trust to my body as collateral for its debts when I am currently being protected by Al Morocco.

6)     Plaintiff wishes for an estoppel to be sent to Defendants from slandering and defaming my character by labeling me and other moors as "Sovereign Citizen" which creates purposeful injury and violations to my body and mind.

7)     Plaintiff wishes for an Arrest Warrant to be executed by the United States Marshall Service immediately against the Defendants to prevent any further harm/ injuries and unlawful colorable acts.

8)     Plaintiff wishes that an injunction be issued and enforced against all defendants for future references as well. These actors have caused harm to my body in the past and is showing their intent to cause further harm UNDER COLOR OF LAW by issuing a CAPIAS for my body. Plaintiff wishes for a cease and desist of all contact and to be placed on the DO NOT STOP, DO NOT DETAIN DO NOT INTERROGATE  list.

**28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

**Executed without the United States:**

I, **Antonio El**, Sui Juris Heir and Noble Affirm under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct.

Executed on __06 - 18 - 2019__

__Antonio El__

(Autograph)



A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved Allodial & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103



**Moorish/Moroccan Flag**





05/23/2019

**Continental Flag**



Al Moroccan Empire
~ Societas Republicae Ea Al Maurikanos ~
Moorish National Republic Federal Government
Northwest Amexem / Northwest Africa / North America.
'The North Gate' - 'Turtle Island'
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans
For the record on the record and let the record reflect.



## AFFIDAVIT
## WARRANT OF ARREST OF A OFFICER

Affiant, Minister Antonio El, a Aboriginal Indigenous Moorish American National in Pro'pria Persona, Sui Juris Heir Domiciled in the Oakland Territory, of California State Republic, Federal Employer Identification Number 06143 Affirms:

Defendant Daniel A. Gonzalez - I.D. #619566, a sworn, commissioned officer of the
LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT / STATE OF CALIFORNIA did commit the crimes prohibited pursuant to the RICO ACT 18 U.S.C § 1963 and violent crimes in aid of racketeering activity 18 U.S.C-§1959 (a), (b)

On the 3rd January, 2019 LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT "Narcotics Officer"
Daniel A. Gonzalez #619566, conducted a unlawful traffic stop stating that Affiant Minister Antonio El was allegedly in violation of commercial statue (5200 - DRIVING WITH NO FRONT LICENSE PLATE and requested for Minister Antonio El to provide a "Commercial Driver's License . Minister Antonio El indicated to Defendant Daniel A. Gonzalez - I.D. #619566 that Minister Antonio El had no known contracts with the "THE STATE OF CALIFORNIA" and as a complimentary Identified his self with a Al Moroccan Nationality Identification Card that was never returned after it was provided to Defendant Daniel A. Gonzalez – I.D. #619566.

Defendant Daniel A. Gonzalez - I.D. #619566 asked Affiant Minister Antonio El to exit his private family conveyance to speak with Defendant Daniel A. Gonzalez – I.D. #619566. At the time of the incident Affiant Minister Antonio El was giving no probable cause as to why he was conducting a traffic stop Minister Antonio El stated "No I would not like too exit "; Defendant Daniel A. Gonzalez I.D. #619566 continued to harass Minister Antonio El continuously asking for a "Commercial Driver's License". Immediately Minister Antonio El requested to speak to supervisor regarding Minister Antonio El's Right to Private Mode of Locomotion as Defendant Daniel A. Gonzalez – I.D. #619566, began to call via walkie-talkie for assistance from four other unidentified LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT Officers after Minister Antonio El requested and waited for a supervisor, no supervisor arrived.

As Minister Antonio El was being distracted purposely by Defendant Daniel A. Gonzalez- I.D. #619566 conversation Minister Antonio El and Marie Mairiam Bijou Bayo El was unaware that Defendant Kevin A. Honea – I.D. #617339 had reached his hand inside of Minister Antonio El and Marie Mairiam Bijou Bayo El's private family motor conveyance passenger window and opened the passenger door without any consent given; Defendant Kevin Honea-I.D. #617339 had the intent to unlawfully search and seize Minister Antonio El and Marie Mairiam Bijou Bayo El family's private property. Video evidence obtained by Defendants showing the crime being committed by Kevin, A Honea - I.D. #617339 violating Minister Antonio El and Marie Mairiam Bijou Bayo El's unalienable fourth Amendment right to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures shall not be violated and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and persons or things to be seized.

Causing Minister Antonio El to be in fear of his safety and Marie Mairiam Bijou Bayo El, Ali El and Amirah El's safety  because the four officers surrounding the private motor conveyance were aggressive, armed and dangerous as Minister Antonio El and Marie Mairiam Bijou Bayo El were then and there placed under threat, duress and coercion; surrounded by four corrupt agents as Minister Antonio El attempted to protect his family from the known violations caused by LOS ANGELES COUNTY SHERRIF'S DEPARTMENT. Minister Antonio El attempted to travel away from the agents safely as Defendant Daniel A. Gonzalez - I.D #619566 stated in a false emergency radio broadcast that he was assaulted and nearly struck causing Daniel A. Gonzalez #619566 to fall by Minister Antonio El and Marie Mairiam Bijou Bayo El's  private family conveyance, falsely reporting a commercial statue violation of

(245 - Assault With a Deadly Weapon) as later discovered in the video surveillance obtained by the defendants that it was a false emergency report and conspiracy causing Minister Antonio El and Marie Mairiam Bijou Bayo El to be falsely imprisoned.

Affiant Marie Mairiam Bijou Bayo El's firearm was stolen by the LOS ANGELES COUNTY SHERRIFF'S DEPARTMENT agents, reporting that it was not Marie Mairiam Bijou Bayo El's property and that it was not registered to her Defendant Daniel A. Gonzalez I.D. #619566 violated Marie Mairiam Bijou Bayo El

Affiant Minister Antonio El and Marie Mairiam Bijou Bayo El, and there two children Amirah El and Ali El was then extorted from the private conveyance, kidnapped and held without voluntary consent under threat, duress and coercion the private family conveyance and private property was stolen by LOS ANGELES COUNTY SHERRIFF'S DEPARTMENT's agents and towed in exchange for ransom of Federal Reserve Notes.

At the time of the violations Affiant Minister Antonio El requested for a Supervisor to assist in stopping the known violations, no Supervisor arrived to the incident to address the matter. LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT Defendant Kevin, Honea #617339 stated to Affiant Minister Antonio El and Marie Mairiam Bijou Bayo El that they were under arrest without Due Process of Law, and stated to Affiant Minister Antonio El that Affiant Marie Mairiam Bijou Bayo El is under arrest allegedly for "Resistance of Arrest". Affiant Minister Antonio El then instantly realized the corruption in the said organization prohibited by the RICO ACT of 1970. LOS ANGELES COUNTY SHERIEFF' DEPARTMENT Defendants Daniel A. Gonzalez - I.D. #619566 and Kevin Honea - I.D. #617339, did commit the crime of Domestic Terrorism 18 USC § 2441 (5) and the several unidentified assisting LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT agents did commit the crime of 18 U.S. C § 242- Deprivation of rights under color of law.

LOS ANGELES COUNTY SHERIEFF' DEPARTMENT Defendant Daniel, A. Gonzalez - I.D. #619566 & Kevin Honea - I.D. #617339 did commit the prohibited crimes of: Conspiracy to interfere with civil rights – 4 Violent Crimes in Aid of Rackeetering -18 U.S.C § 1959, Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor- 18 U.S.C § 1592, Genocide - 18 U.S.C § 1091 , § 242, Kidnapping - 18 U.S.C § 1201,Treason -18 U.S.C § 2381, False information and hoaxes- 18 U.S.C § 1038.

Affiant Minister Antonio El respectfully request that the court issue a Warrant of Arrest for Daniel, A. Gonzalez - I.D #619566 and Kevin, Honea - I.D. #617339 and to include all other individuals/agents involved with breaking U.S. Codes.

I Am: _S.K. Anton El_

**Consul / Minister- Antonio El**
**Natural Person In Propia Persona, Sui Juris Heir**
**Authorized Representative, Natural Person**
**All Rights & Liberties Reserved Allodial**
**Without Prejudice/Recourse UCC 1- 308/207/103**

Witness: _Marie Mariam Bijou Bayo El_
**Marie Mairiam Bijou Bayo El**
**Natural Person In Propia Persona, Sui Juris Heir**
**Authorized Representative, Natural Person**
**All Rights & Liberties Reserved Allodial**
**Without Prejudice/Recourse UCC 1- 308/207/103**



**28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under     penalty of perjury, and dated, in substantially the following form:

**Executed without the United States:**

I/We, **Antonio El**, and **Marie Mairiam Bijou Bayo El** Sui Juris Heir and Noble Affirm under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct.

Executed on _____

Sk Anfoni

(Autograph)
A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved Allodial & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

Marie Marian Bijou Bayo El

(Autograph)
A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved Allodial & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103






05/23/2019

# AFFIDAVIT
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

**I, Antonio El**, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

**I**, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, **ANTONIO WHITE JR**, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: **Antonio El**, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I, Antonio El**, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

**I Am:** _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

**Witness:** _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

**Witness** _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H

EXHIBIT-B




**I.S.L.A.M.**   𝔐oorish 𝒜mericans - 𝔑orthwest 𝒜mexem

# 𝒥udicial 𝒩otice and 𝒫roclamation

𝒯o All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:

𝒰pon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Antonio El, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

𝒯hat I, **Antonio El**, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

𝒯he Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

𝒜oors / 𝒜oorish 𝒜mericans / 𝒜uurs Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1



*Egypt*, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

*The* 'Great Seal Pyramid' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

*The* Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al**. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory..."*

*The* present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom,** and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions; pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

𝒻urthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);   The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court -`Acts of State`; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. 𝒯he Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781:**

2. 𝒯he use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. 𝒯he Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. 𝒯he Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. 𝒮tate Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. 𝒯he state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. 𝒯raveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

**8.** *Under* the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

**9.** *Where* Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

**10.** *The* claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

**11.** *For* a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

**12.** *If* any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

**13.** "*Lack* of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

*Whereas,* In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

*Whereas,* there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights.  It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

*That* the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### *Title* 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If* two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...

*If* two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

*They* shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### 𝒯itle 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*𝒲hoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

𝒯herefore, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);  The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

𝒲herefore all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law.  All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

ℰxplicit Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1- 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known...:

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **'Present' 'Self'**!

*I*, **Antonio El**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*H*ibu (Love), *H*aqq (Truth), *S*alaam (Peace), *H*urryatun (Freedom), Adl (Justice),

*A*ll Rights Reserved Without Prejudice / Recourse; Allodial Claim.

*I* Am: _Antonio El_

    *N*atural Person - In Propria Persona - Authorized Representative; All Rights Reserved

*A*boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Ameru / Americana)

*B*y Special Appearance, in Honor, the Divine Being, **Antonio El**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

*C*hronos:
Day: _13_        Month: _Jne_        . Year: _2018_ .

    *I* Am: _Cat-fraid El G.S_

    Vizir / Minister: *N*atural Person - In Propria Persona - Authorized Representative; All Rights Reserved
    Free Moor / Muur
    *N*orthwest *A*mexem / *N*orthwest *A*frica / *N*orth *A*merica

    *W*itness: _Maria Mamar Bijon Bange El_

        *N*atural Person - In Propria Persona - All Rights Reserved

    *W*itness: _Ramesss Compte Bey_

        *N*atural Person - In Propria Persona - All Rights Reserve

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States

6







Moorish- Moroccan Flag

Continental Flag



05/23/2019

# Affidavit
## Notification of Reservation of Rights UCC 1-308/1-207

**Antonio El**, Sui Juris Heir
**CALIFORNIA STATE REPUBLIC**
Authorized Representative- **FEDERAL EMPLOYER 06143**
Natural Person, In Propia Persona:
**Mailing Location :**
Near c/o [ 2226 Macarthur Boulevard #27083
Oakland Corporation 94602 of California Republic]
Morocco
Non – Domestic Via United States Mail

**PUBLIC NOTICE:**
THIS IS A PUBLIC COMMUNICATION TO ALL - UCC 1-202
**Notice to Agents is Notice to Principles**
**Notice to Principles is Notice to Agents**
**Application to all successors and assigns**
**ALL are without excuse**

Let it be known to all that **Antonio El, Sui Juris Heir Moorish American National, Free White Person** here explicitly reserve all my rights, UCC 1-308 which was formally 1-207. I have Stated for the record that I will exercise my allodial right to file suit against all parties involved both in their Public and Private capacities placing them under full commercial liability if my NON TAX OBLIGATION Status, Unalienable Rights, and Right to Due Process is not honored. **I Will Charge US$250,000.00 (FRN's) per violation or every 15 minutes if my body is violated or detained unlawfully.**

Further, let all be advised that all actions commenced against Moorish American Nationals may be in violation of, …
USC TITLE 18> PART 1 > CHAPTER 13 > § 242 Deprivation of rights under Color of Law
USC TITLE 18> PART 1 > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge

**Heir / Affiant / Responder.** Antonio El , Natural Person, Authorized Representative, Aboriginal /Indigene; In Propia Persona  (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non- Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity:** Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land/ 'The North Gate'- Al Moroc – North America.

**Status:** Aboriginal / Indigenous Descendant of the Ancient Ones  /  Moabites /  Muurs /  Moorish American – Northwest Amexem  / Northwest Africa /  North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Jurisdiction / Venue :** Societas Republicae Ea Al Maurikanos / Moorish National Republic Federal Government; United States Republic, (De Jure.) Constitution , Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. California State Republic 06143.

**Continent:** Territorial Jurisdiction: Northwest  Amexem / Northwest Africa  / North Ameorica; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan /

## REPUBLIC OFFICER



Appellation:
**Sheik. Antonio El**

Designation:
**Deputy Imperial**

Potentate
Proclaimed:
**13th June 2018**



**American Diplomat** | **Federal Employer # 06143 [Republic]**





**Moorish National Republic**



E XHIBIT F




**Moorish/Moroccan Flag**






**Continental Flag**

# Affidavit
## Notification of Reservation of Rights UCC 1-308/1-207

**Antonio El ©,®,™ - Sui Juris Heir**
**Federal Employer 06143**
**California State Republic**
Authorized Representative-
Natural Person, In Pro'pria Persona:
**Mailing Location:**
**c/o  2226 Macarthur Boulevard,**
**near Oakland Territory, California Republic [Zip Exempt]**
**Morocco**

**Non – Domestic Via United States Mail**

**PUBLIC:**
THIS IS A PUBLIC COMMUNICATION TO ALL - UCC 1-202
**Notice to Agents is Notice to Principles**
**Notice to Principles is Notice to Agents**
**Application to all successors and assigns**
**ALL are without excuse**

**Allodial American National**
**Societas Republicae Ea Al Maurikanos**
**Federal Republic Government**
**Nationality and Identification Card**
Federal Employer Identification Number: 06143
Appellation: Antonio El - Sui Juris Heir
Natural Born Day: 12/14/1991
Natural Person is Full Life
Hair: Black   Eyes: Dark Brown Height 5'5 Weight:150
Race: Human   Nationality: Moorish American
National Domicile: North America / Northwest Amexem
Ancestral Estate: North, South, Central & Adjourning Islands
Mailing Location: c/o 2226 Macarthur Boulevard
Oakland Territory, California Republic [94602]
Autograph: _____
All Rights Reserved and Retained
Freehold of Birthright, Primogeniture & Inheritance
Aboriginal Indigenous Native American ; Heirs of North America; Natural people
of the Land Divine Law; United States Code of Law - Title 22, Chapter 2, Section 141
of General and Permanent Character - AA22I141  Constitution - Article 1.

Moslem
NON TAX OBLIGATED
RIGHT
THUMB

Let it be known to all that **Antonio El Sui Juris Heir Moorish American National, Free White Person** here explicitly reserve all my rights, UCC 1-308 which was formally 1-207. I have Stated for the record that I will exercise my allodial right to file suit against all parties involved both in their Public and Private capacities placing them under full commercial liability if my NON TAX OBLIGATION Status, Unalienable Rights, and Right to Due Process is not honored. **I Will Charge US$250,000.00 (F.R.N's) per violation or every 15 minutes if my body is violated or detained unlawfully.**

Further, let all be advised that all actions commenced against Moorish American Nationals may be in violation of, ...
USC TITLE 18> PART 1 > CHAPTER 13 > § 242 Deprivation of rights under Color of Law
USC TITLE 18> PART 1 > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge

**Heir / Affiant / Responder.** Antonio El Natural Person, Authorized Representative,
Aboriginal /Indigene; In Pro'pria Persona  (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non- Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity:** Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land/ 'The North Gate'- Al Moroc – North America.

**Status:** Aboriginal / Indigenous Descendant of the Ancient Ones / Moabites / Muurs / Moorish American – Northwest Amexem / Northwest Africa /  North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Jurisdiction / Venue :** Societas Republicae Ea Al Maurikanos  / Moorish National Republic Federal Government; United States Republic, (De Jure.) Constitution , Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. California State Republic 06143.
**Continent:** Territorial Jurisdiction: Northwest  Amexem / Northwest Africa / North America;
Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan Empire)





  

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

**I, Marie Mairiam Bijou Bayo El**, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

**I,** being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, **MARIE MAIRIAM BIJOU BAYO**, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: **Marie Mairiam Bijou Bayo El**, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials:  AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I, Marie Mairiam Bijou Bayo El**, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _Marie Mairiam Bijou Bayo El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Maud SP G.S._
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _York Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H



EXHIBIT-B

  

**I.S.L.A.M.**     *Moorish Americans  – Northwest Amexem*

# Judicial Notice and Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Marie Mairiam Bijou Bayo El**, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, **Marie Mairiam Bijou Bayo El**, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

**Moors** / **Moorish Americans** / **Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancients Ones, our Primogenitors, comes the Supreme Law of the Land!

1

EXHIBIT-B

*Egypt*, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South and Central America** and also **Mexico and the Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

*The* '**Great Seal Pyramid**' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

*The* Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

*The* present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - Love, **Truth, Peace, Freedom,** and **Justice.** The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

𝓕**urthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c);   The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

**1.** 𝓣he Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781:**

**2.** 𝓣he use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

**3.** 𝓣he Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

**4.** 𝓣he Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

**5.** 𝓢tate Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

**6.** 𝓣he state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

**7.** 𝓣raveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. **Under** the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**Lack** of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas,** In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues.   And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not   willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**Whereas,** there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights.   It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. **Marbury v. Madison 5 U.S. 137, 174, 176 (1803).** Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an*

4

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**Therefore**, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);   The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the

5

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known...:

*Represent* means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can **Present** 'Self'!

*J*, **Marie Mairiam Bijou Bayo El**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*H*ibu (Love), *H*aqq (Truth), Salaam (Peace), *H*urryatun (Freedom), Adl (Justice), *A*ll Rights Reserved Without Prejudice / Recourse; Allodial Claim.

*J* Am: ~~Mein Mairiam Bijou Bayo El~~

<u>Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved</u>

*A*boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands Al Moroc / Ameru / Americana)

*B*y Special Appearance, before me on Day _3_ of _October_, 2017 CCY = 1437 M.C., in Honor, the Divine Being, **Marie Mairiam Bijou Bayo El**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

*C*hronos:

Day: _3_       Month: _October_       Year: _2017_

*J* Am: _Cat Mairiam El G.S._

**Vizir / Minister:** Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved Free Moor / Muur Northwest Amexem / Northwest Africa / North America

**Witness:** _Noble Bey_

Natural Person - In Propria Persona - All Rights Reserved

**Witness:** _Rahmariah Bey Sheik_

Natural Person - In Propria Persona - All Rights Reserved

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

6




**Moorish/Moroccan Flag**






_**Continental Flag**

# Affidavit
## Notification of Reservation of Rights UCC 1-308/1-207

**Marie Mairiam Bijou Bayo El ©,®,™ - Sui Juris Heir**
**Federal Employer 06143**
**California State Republic**
Authorized Representative-
Natural Person, In Pro'pria Persona:
**Mailing Location:**
c/o **2200 West Century Boulevard,**
**near Los Angeles Territory, California Republic [Zip Exempt]**
**Morocco**

**Non – Domestic Via United States Mail**

**PUBLIC:**
THIS IS A PUBLIC COMMUNICATION TO ALL - UCC 1-202
**Notice to Agents is Notice to Principles**
**Notice to Principles is Notice to Agents**
**Application to all successors and assigns**
**ALL are without excuse**

Let it be known to all that **Marie Mairiam Bijou Bayo El Sui Juris Heir Moorish American National, Free White Person** here explicitly reserve all my rights, UCC 1-308 which was formally 1-207. I have Stated for the record that I will exercise my allodial right to file suit against all parties involved both in their Public and Private capacities placing them under full commercial liability if my NON TAX OBLIGATION Status, Unalienable Rights, and Right to Due Process is not honored. **I Will Charge US$250,000.00 (F.R.N's) per violation or every 15 minutes if my body is violated or detained unlawfully.**

Further, let all be advised that all actions commenced against Moorish American Nationals may be in violation of, ...
USC TITLE 18> PART 1 > CHAPTER 13 > § 242 Deprivation of rights under Color of Law
USC TITLE 18> PART 1 > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge

**Heir / Affiant / Responder. Marie Mairiam Bijou Bayo El** Natural Person, Authorized Representative,
Aboriginal /Indigene; In Pro'pria Persona  (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non- Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity:** Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land/ 'The North Gate'- Al Moroc – North America.

**Status:** Aboriginal / Indigenous Descendant of the Ancient Ones  /  Moabites / Muurs  /  Moorish American – Northwest Amexem / Northwest Africa  /  North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Jurisdiction / Venue :** Societas Republicae Ea Al Maurikanos  / Moorish National Republic Federal Government; United States Republic, (De Jure.) Constitution , Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. California State Republic 06143.
**Continent**: Territorial Jurisdiction: Northwest  Amexem / Northwest Africa / North America;
Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan Empire)




EXHIBIT-F





**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

**PHOTODUPLICATION SERVICE**
202-707-5640 (Voice)
202-707-1771 (Fax)
photoduplication@loc.gov (Email)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA**, volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

EXHIBIT A

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

**ARRANGED IN CHRONOLOGICAL ORDER.**

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

## COPIOUS NOTES OF THE DECISIONS

OF THE

## Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

**INDEX TO THE CONTENTS OF EACH VOLUME,**

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed, are hereby recognized,
acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

VOL. VIII.

BOSTON:

LITTLE, BROWN AND COMPANY.

1867.

## TREATY OF PEACE AND FRIENDSHIP

*Between the United States of America, and His Imperial Majesty the Emperor of Morocco. (a)*

January, 1787.

To all Persons to whom these Presents shall come or be made known. WHEREAS the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negociate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

[ROYAL SEAL.]

In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

### ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

(a) By "an act making an appropriation for the purpose therein mentioned," passed March 3, 1791. Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negotiation of the treaty with Morocco, September 16, 1836, post, 484.

of twenty-five articles, shall be inserted in this book, and delivered to the Honorable Thomas Barclay, the agent of the United States, now at our court, with whose approbation it has been made, and who is duly authorized on their part to treat with us concerning all the matters contained therein.

*Emperor's consent to the treaty.*

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

*Neither party shall take commission from the enemy of the other.*

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

*Regulation in case of captures.*

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

*Signal or pass to be given to vessels.*

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

*How vessels shall be examined in time of war.*

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

*Citizens of the U. S. captured, to be released.*

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels wanting supplies, to be furnished.*

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

*Provision in case of misfortune.*

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is

r 2

Regulation in case of shipwreck, and being forced into port.

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

## ARTICLE X.

Vessels protected in certain cases.

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

Privileges of vessels in case of war.

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

Ships of war belonging to U. S. not to be examined.

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

Ships of war to be saluted.

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

Commerce on the footing of the most favoured nation.

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE XV.

Privileges of merchants.

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

In case of war, prisoners not to be enslaved, but exchanged.

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

TREATY WITH MOROCCO. 1787. 103

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

Merchants may buy and sell all goods except those prohibited to other Christian nations.

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

Goods to be examined before sent on board, and not after, unless in case of fraud.

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

Vessels not to be detained.

### ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

How disputes shall be settled.

### ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

How crimes shall be punished.

### ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

How estates of deceased citizens shall be disposed of.

### ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

Consuls and their privileges.

### ARTICLE XXIV.

Regulations in case of war.

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXV

Duration of treaty.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

### ADDITIONAL ARTICLE.

Grace to the only God.

Vessels of U. S. to be protected.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to compleat it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1200, commenced on the 28th June, in the year of our Lord 1786.

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

> JOHN ADAMS,               {L. S.}
> *London, January 25th,* 1787.

> THOMAS JEFFERSON,   (L. S.)
> *Paris, January 1st,* 1787

VOL. VIII.     14



KF50
.U5
vol 8
4th Set

Entered according to act of Congress, in the year 1846, by
CHARLES C. LITTLE & JAMES BROWN,
In the Clerk's office of the District Court of the District of Massachusetts

LIBRARY OF CONGRESS
6
SEP 28 1990
COPY
ORDER DIVISION

<u>ATTORNEY LICENSE FRAUD</u>

ATTORNEY'S LICENSE ???  THERE IS NO SUCH  THING!!!

I.    AS PER THE UNITED STATES SUPREME COURT;
    A.The practice of Law CAN NOT be licensed by any state/State. <u>Schware v. Board of Examiners</u>, 353 U.S. 238, 239
B. The practice of Law is **AN OCCUPATION OF COMMON RIGHT**!
<u>Sims v. Aherns</u>, 271 S.W. 720 (1925)

II. The "CERTIFICATE" from the State Supreme Court:
1. ONLY authorizes
A. To practice Law "IN COURTS" As a member of the STATE JUDICIAL BRANCH OF GOVERNMENT.
B. Can ONLY represent WARDS OF THE COURT.
2. INFANTS
3. PERSONS OF UNSOUND MIND SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4.
4. A. "CERTIFICATE" IS NOT A LICENSE....
A. To practice Law AS AN OCCUPATION.
B. Nor to DO BUSINESS AS A LAW FIRM!!!

III.  The "STATE BAR" CARD IS NOT A LICENSE!!!
    A. It is a "UNION DUES CARD"
B. The "BAR" is a "PROFESSIONAL ASSOCIATION."
1. Like the Actors Union, Painters Union, etc.
2. No other association, EVEN DOCTORS, issue their own license. ALL ARE ISSUED BY THE STATE.
C. It is a NON-GOVERNMENTAL PRIVATE ASSOCIATION.
1. See Attorney General Dan Morales' letter.
2. As per this letter; the State does not issue licenses and they are not issued by his office!

IV. The State Bar is;

A. An Unconstitutional Monopoly, Article 1, Section 26, Texas Bill of Rights.
B. A ILLEGAL & CRIMINAL ENTERPRISE;
C. Violates Article 2, Section 1, Separation of Powers clause of the Constitution.
D. There is NO POWER OR AUTHORITY for joining of Legislative, Judicial, or Executive as the BAR and SUPREME COURT OF TEXAS are doing.
ALL MEMBERS OF BOTH ARE MONOPOLISTIC BAR MEMBERS!
E. In violation of the RIGHT TO WORK LAWS of Texas.
V.   State Bar Rules. . . at Article III, Section 2. . .
 Enrollment in the State Bar: "Each person who becomes licensed to practice law is REQUIRED TO ENROLL IN THE STATE BAR <u>WITHIN 10 DAYS "BEFORE" OR "AFTER" RECEIVING A LICENSE TO PRACTICE LAW.</u>

ENROLLMENT IN THE BAR AND LICENSE ARE NOT THE SAME. THE BAR CAN <u>NOT LICENSE ANYONE</u>!!!!!

It is quite simple to see that a great fraud and conspiracy has been perpetrated on the people of Texas and America. The American Bar is an offshoot from London

1

Lawyers' Guild and was established by people with treasonous goals in mind. They have accomplished 98% of their goals. The NEW WORLD ORDER is in the saddle NOW. American People start the job for them...or before their "NEW WORLD ORDER" bosses, the International Bankers, gain the remaining 2%. Texas and American Lawyers should check historical records. They will find that the first people "ELIMINATED" in a power shift (no matter who whines) are the lawyers and judges...for they always have proven themselves unworthy of any trust from either side!

**"Woe unto you** (A woe is a curse) Lawyers! **For you have taken away the key of knowledge; you entered not in yourselves, and them that were entering in you hindered..."** Luke 11:52.

VI. The AMERICAN BAR ASSOCIATION TRAITORS IN OUR MIDST:
The founding Fathers who wrote our Constitution and formed our government, made it, very clear that this was to be a FREE ENTERPRISE country and all Citizens are to be equal under Law and not a private capitalistic monopoly or cartel as they had experienced in Europe.
Under free enterprise system, any Citizen who was willing to risk his time and finances, can go into business.

The public with the freedom of choice, can patronize this business or decide they don't like the service or product and stay away; whereas, in a private or a capitalistic system, only the privileged elite can go into certain businesses or professions such as had been practiced in Europe for ages, making the public their CAPTIVE CUSTOMERS.

The EUROPEAN BANKERS and FINANCIAL CARTELS decided to change AMERICA to the same system that they had so they could take over this government too, and sent some British lawyers over here to organize an American Bar Association on the same order as the English Bar where only Lords can be Judges and determine who shall practice law.

In 1909 they incorporated this TRAITOROUS group in the state of Illinois and had the State Legislature (which was under the control of lawyers) pass an unconstitutional law that only members of this powerful union of lawyers, called the ABA, could practice law and hold all the key positions in law enforcement and the making of laws.

At that time, Illinois became an outlaw state and for all practical purposes, they seceded from the United States of America.

VII.    THE BAR ASSOCIATION then sent organizers to all the other states and explained to the lawyers there how much more profitable and secure it would be for them, as lawyers, to join this union and be protected by its bylaws and cannons. They issued to the lawyers in each state a charter from the Illinois organization. California joined in 1927 and a few reluctant states and their lawyers waited until the 1930's to join when the treasonous act became DE FACTO and the Citizen's became captives. Under this system, the lawyers could guarantee prejudged decisions for the privileged class against the lower class. This was all made possible by the AMERICAN BAR ASSOCIATION to favor the right and have unlawfully substituted them in place of Constitutional Laws.

What is the real difference between the dreaded "Klansman" in white robes and fiery crosses and the ABA "Klansmen" in the <u>BLACK ROBES</u> sitting on the bench? Aren't they as dictatorial as the KGB and the GESTAPO are accused of being? This has fulfilled Orwell's prediction for 1984 and made it a fact, **THE BLACK ROBE CULT**.

Various groups that have been lawfully stoned walled by the ABA and the courts suggest we join hands and file an initiative to abolish the Bar Association as there are 17 states where Citizens have the Right to do this by the voting process.

If we can do this it will destroy, the power of the Bar in America with similar method they used to gain their power, state by state.

Any Citizens who live in one of these 17 states, can do this, and if not in one of these states you can contribute to other states that can.

Who is going to run the Courts and practice law if we outlaw the BAR?

The **CONSTITUTIONAL COMMON LAW COURTS** and **COMMON LAW** non-union **COUNSELORS**. I would like to remind you that the Constitution was written in plain English and the Statutes passed by Congress were also in plain English, with the intent of Congress how each law should be used and not the opinions of various Judges as the codes list.

Any normal person can read the Constitution and Statutes and understand them without any trouble.

The public in California was shocked to learn that the State Government has no control or jurisdiction over the Bar Association or its members.

The state does not accredit the law schools or hold Bar examinations.

They do not issue state licenses to <u>LAWYERS</u>. The Bar Association accredits all the law schools, holds their private examinations and selects the students they will accept in their organization and issues them so-called license but keeps the fees for themselves.

The Bar is the only one that can punish or disbar a Lawyer. They also select the lawyers that they consider qualified for Judgeships and various other offices in the State.

Only the Bar Association or their designated committees can remove any of these lawyers from public office.

The State Legislature will not change this system as they are also a designated committee of the Bar.

On August 21, 1984, Rose Bird, Chief Justice of the California State Supreme Court, another of the Bar Associations Judicial Committee's, stated in essence that the Bar should determine the legality of all initiatives before they were allowed to go on the ballot.

This is contrary to both State and Federal Constitutions, as well as the Laws of this Nation instituted By and For the People as a Sovereign UNITY of Independent States of We The People, not a fraudulent Corporate entity of Lawyers.

This is a tremendous amount of power for a <u>PRIVATE</u> union that is incorporated and headquartered in Illinois to hold over the Citizens of California or any other state.

The only recourse is through this initiative process and vote by the people. After the Founding Fathers had formed the Constitution, outlining the laws as to the way our government was to be run, Thomas Jefferson said, in essence, **"This proves that plain people, if given the chance, can enact laws and run a government as well as or better than royalty and the blue bloods of Europe."**

The American people must stop thinking that lawyers are better than they are and can do a better job than they can before the courts of America. Under the Common

3

Law and the Laws of America, no where is it expressly given for anyone to have the power or the right to form a Corporation.

Corporations are given birth because of ignorance on the part of the American people and are operating under implied consent and power which they have usurped and otherwise stolen from the people. By RIGHT AND LAW THEY HAVE NO POWER, AUTHORITY OR
JURISDICTION, and must be put out of business by the good Citizens of America in their fight for FREEDOM.

We cannot hope to reclaim our Country if we continue to let that beast stay in our bed and in our homes.

It is imperative that we remove this demon from its throne and put **OUR CONSTITUTIONAL COMMON LAW COURTS** and **JUSTICE SYSTEM**, back into effect.

We must stop worrying about what someone else will think, this is our country and we have foreign entities attempting to take control of us and our Nation.

These children of Satan have nothing good in store for any of us, and those who are ignorant enough to believe their lies, deceit, and conspiracy, deserve just what they receive because they ask for it.

## IX.  MOST LAWYERS are OUR ENEMY:

The small handful that are good must get on the right side and help          us win our war, or they are not on our side. There can be no more sitting on the fence, people must decide which side they are on and fight.

Lawyers that claim to be on our side and are later found out to be traitors, must be put to death as this is just what they have planned for all Americans, who do not abide by their rules and regulations. Americans cannot win the war if they allow traitors to infiltrate our tanks and get away with it. The enemy Americans are fighting is a deadly enemy, that care nothing for anyone out of their own ranks, and if you turn your back on them, you could be their next victim.

## X.  "TREASON"

LAWYER AND LAWYER-JUDGE COURTS ARE UNCONSTITUTIONAL: Since the BIGGEST CRIMES in the world are committed in the courtrooms by lawyers and lawyer-judges AGAINST the people, as the lawyers and their bar associations, which are affiliated with each other INTERNATIONALLY, have joined in the INTERNATIONAL CONSPIRACY AGAINST THE PEOPLE of the UNITED STATES OF AMERICA to DESTROY THE UNITED STATES OF AMERICA FROM WITHIN (TREASON).

They have already taken over the courts and the government, and ALL political parties, where they all take orders from ONE FRONT OFFICE, the offices of the internationally affiliated bar associations, make a ONE PARTY "SYSTEM," the BAR ASSOCIATION PARTY.

This necessitated and URGENT need to form a 2nd political party, the ANTI LAWYER PARTY, where all lawyers and those who attended law school are barred from this 2nd party (ALP).. All the states have unconstitutional aristocratic courts, as their constitutions and/or unconstitutional "lawyer systems" require judges to be lawyers, creating a RULING CLASS, which is FORBIDDEN by Article IV, Section 4, of the U.S. Constitution, the 13th Amendment and Article I, Section 26 of the Texas Constitution.

XI. The U.S. Constitution GUARANTEES to every state in this union a REPUBLICAN FORM of government. Any other form of government is FORBIDDEN. No public officer or branch of government can be limited to a RULING CLASS of any kind, or the states become ARISTOCRACIES and NOT republics. Also, the lawyers have made themselves 1st Class Citizens, where many public offices and branches of government are open to lawyers only.
All other people are limited to only two branches of government and to only certain offices in those two branches of government, making all people who are non-lawyers into 2nd class subject citizens.

When the courts belong to the people, as the United States Constitution REQUIRES, (Article IV, Section 4, we the people, will NEVER rule against themselves.
In these Unconstitutional courts foreign tribunals (hoodlum centers), "men" in black dresses, that are Unconstitutional ROBES OF NOBILITY.

(Article 1, Section 9 and 10) with alot of hanky panky and hocus pocus, dispense a perverted IDIOTology, where the people are terrorized by members of **the BLACK ROBE CULT (lawyers and lawyer judges in the courtrooms.**

The legislative branch of government does NOT have the Constitutional Power to issue Court Orders or any other kind of Orders.
ONLY presidents and governors have the Constitutional Power to grant PARDONS, but lawyers and lawyer-judges are unconstitutionally granting PARDONS with "immunity from prosecution."
Citizens are not permitted to act like people in the courts. The Citizen (2nd class) is told that he does not know how to fill out fancy lawyer forms; that he is not trained in the law; that he does not know court rules and procedures; etc.

This is Unconstitutional "lawyer system," only HEARSAY SUBSTITUTES (lawyers) NOT under oath, have access to the courts, even though ONLY sworn testimony and evidence can be presented in court.

Anything else is Bill of Attainder, NOT permitted under the U.S. Constitution (Article 1, Sections 9 and 10).

The U.S. Constitution does NOT give anyone the right to a lawyer or the right to counsel, or the right to any other HEARSAY SUBSTITUTE. The 6th Amendment is very SPECIFIC, that the accused ONLY has the right to the ASSISTANCE of counsel and this ASSISTANCE of counsel CAN BE ANYONE THE ACCUSED CHOOSES WITHOUT LIMITATION.


XII. **LAWYERS and LAWYER-JUDGES**:

Created Unconstitutional "lawyer system" pre-trial "motions" and "Hearings" to have eternal EXTORTIONISTIC litigations, which is BARRATRY and also is in violation of the U.S. Constitution, and Article 1, Section 14 of the Texas Constitution as this places defendants in DOUBLE JEOPARDY a hundred times over. Defendants only have a right to A TRIAL, NOT TRIALS.

When a criminal is freed on a TECHNICALITY, HE IS FREED BECAUSE OF A FIX and a PAY-OFF, as a defendant can only be freed if found innocent BY A JURY NOT BY ANY "TECHNICALITY."

Whenever a lawyer is involved in a case directly or indirectly, as a litigant or assisting in counsel, ALL LAWYER-JUDGES HAVE TO DISQUALIFY THEMSELVES, AS THERE CANNOT BE A CONSTITUTIONAL TRIAL and also there would be a violation of the conflict of interest laws, along with the violation of separation of powers and checks and balances, because "<u>OFFICERS</u>" <u>OF THE COURT ARE ON BOTH SIDES OF THE BENCH</u>.

These same LAWYER-JUDGES are awarding or approving LAWYER FEES, directly and indirectly, amounting to BILLIONS OF DOLLARS annually, all in violation of conflict of interest laws.

Since crime and treason are against the law, and the lawyer profession is a crooked profession, a LEGAL BOUNTY should be placed on ALL LAWYERS (betrayers) and all those who are aiding and abetting these TRAITORS, the lawyers.

As long as there are lawyers, there will never be any law, constitution or justice. There will only be <u>MOB RULE, RULE BY A MOB OF LAWYERS (TRAITORS</u>).

IXV.  CASE "LAW" IS UNCONSTITUTIONAL:
   <u>As CASE "LAW" IS ENACTED BY THE JUDICIAL BRANCH OF</u> <u>GOVERNMENT.</u>
When a lawyer-judge instructs, directs, or gives orders to a jury, the lawyer-judge is TAMPERING WITH THE JURY. He also tampers with testimony when he orders the answers to be either "yes" or "No." The lawyer --judge also tampers, fixes, and rigs the trial when he orders anything stricken from the record, or when he "rules" certain evidence and the truth to be inadmissable. This makes the trial and transcript FIXED and RIGGED, because the jury does not hear the REAL TRUTH and ALL THE FACTS. Juries are made into puppets by the lawyers and lawyer-judges.

All lawyers are automatically in the judicial branch of government, as they have the Unconstitutional **TITLE OF NOBILITY** (Article 1, Section 9 and 10), "**Officer of the court.**"
   Citizens have to be elected or hired to be in any branch of government but non-lawyer Citizens are limited to only 2 of the 3 branches of government. Lawyers as 1st class citizens, can be hired or elected to any of the three branches of government. Lawyers, "Officers of the Court," in the Judicial Branch, are Unconstitutionally in 2 branches of government AT THE SAME TIME whenever they are hired or elected to the executive or legislative branches. This is a violation of the separation of powers, checks and balances, and the conflict of interest laws.

District attorneys and State's attorneys have taken over the Grand Juries FROM the people, where the people are DENIED ACCESS to the grand juries when they attempt to present evidence of crimes committed in the courtrooms by the lawyers and lawyer-judges.

<u>TRY TAKING THIS MATERIAL TO THE GRAND JURIES</u>!

The U.S. Constitution, being the Supreme Fundamental Law, is not and CANNOT be ambiguous as to be interpreted, or it would be a worthless piece of paper and we would have millions of interpretations (Unconstitutional amendments) instead of the few we have now.

6

That is why all judges and public servants are SWORN TO SUPPORT the U.S. Constitution, NOT interpret it.

Imagine hypothetically how stupid it would be if any constitution stated, **"that the judicial branch of government has the power to interpret this constitution."**

ORGANIZED CRIME never existed until the BAR ASSOCIATION took over OUR COURTS and OUR GOVERNMENT.

Now crime is organized internationally, just as the Bar Associations are organized. Some of their international affiliations include but are not limited to **THE INTERNATIONAL JUDICIAL ASSOCIATION; INTERNATIONAL TRIAL LAWYERS ASSOCIATION; WORLD PEACE THROUGH LAW CENTER; WORLD ASSEMBLY OF JUDGES:** et al. This means that the Bar Associations are not only the **INTERNATIONAL CRIME SYNDICATE**, but also **the INTERNATIONAL WORLD GOVERNMENT and INTERNATIONAL COMMUNIST PARTY.**

XV.   Under INTERNATIONAL ORDERS:
ALL LAWYERS, whether they left law school yesterday or 50 years ago, are EXACTLY THE SAME. All lawyers have to file the same motions and follow the same procedures in using the same Unconstitutional "lawyer system" of hanky panky and hocus pocus, and to DESTROY THE UNITED STATES OF AMERICA FROM WITHIN by always ruling AGAINST THE PEOPLE. ALL LAWYERS AND LAWYER JUDGES ARE GUILTY OF "TREASON."
In probate, the lawyers place themselves in everyone's will and estate. When there are minor children as heirs, the lawyer-judges appoint a lawyer (**a child molesting Fagin**) for EACH CHILD and, at times, the lawyer fees EXCEED the total amount of the estate.

An OUTRAGEOUS amount of TAX "MONEY" is directly and indirectly STOLEN BY LAWYERS. Money that is budgeted to County Boards, School Boards and other local and federal agencies eventually finds its way into the pockets of lawyers, as ALL of these agencies are "TRICKED" and "FORCED" into ETERNAL EXTORTIONISTIC LITIGATION.

In all elections, VOTE AGAINST ALL LAWYERS, never vote for a lawyer. Vote FOR NON-LAWYERS ONLY. If only lawyers are running for election to the same office, do NOT vote for any of them, as most are ALL ALIKE. All lawyers are programmed to be "TRAITORS AND INHUMAN CLONES."

WALK SOFTLY AMERICANS AND CARRY A BIG STICK
Most importantly don't be afraid to use it. We are under vicious assault and we must make use of every resource we have, or give into their slavery. COPY AND SPREAD WIDELY, SEND COPIES TO THE CRIMINAL LAWYERS AND LAWYER-JUDGES.

II Corinthians 5:5. **For we walk by faith, not by sight.**

Author Unknown

Cornell Law School

U.S. Code › Title 18 › Part I › Chapter 13 › § 242

# 18 U.S. Code § 242 - Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

About LII      Contact us      Advertise here      Help      Terms of use      Privacy      $[LII]$


EXHIBIT-C



**Moorish/Moroccan Flag**



05-23-2019





**Continental Flag**



Al Moroccan Empire
~ Societas Republicae Ea Al Maurikanos ~
Moorish National Republic Federal Government
Northwest Amexem / Northwest Africa / North America.
'The North Gate' - 'Turtle Island'
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans
For the record on the record and let the record reflect.

## AFFIDAVIT
## WARRANT OF ARREST OF A OFFICER

Affiant, Minister Antonio El, a Aboriginal Indigenous Moorish American National in Pro'pria Persona, Sui Juris Heir Domiciled in the Oakland Territory, of California State Republic, Federal Employer Identification Number 06143 Affirms:

Defendant Daniel A. Gonzalez - I.D. #619566, a sworn, commissioned officer of the
LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT / STATE OF CALIFORNIA did commit the crimes prohibited pursuant to the RICO ACT 18 U.S.C § 1963 and violent crimes in aid of racketeering activity 18 U.S.C-§1959 (a), (b)

On the 3rd January, 2019 LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT "Narcotics Officer"
Daniel A. Gonzalez #619566, conducted a unlawful traffic stop stating that Affiant Minister Antonio El was allegedly in violation of commercial statue (5200 - DRIVING WITH NO FRONT LICENSE PLATE and requested for Minister Antonio El to provide a "Commercial Driver's License . Minister Antonio El indicated to Defendant Daniel A. Gonzalez - I.D. #619566 that Minister Antonio El had no known contracts with the "THE STATE OF CALIFORNIA" and as a complimentary Identified his self with a Al Moroccan Nationality Identification Card that was never returned after it was provided to Defendant Daniel A. Gonzalez – I.D. #619566.

Defendant Daniel A. Gonzalez - I.D. #619566 asked Affiant Minister Antonio El to exit his private family conveyance to speak with Defendant Daniel A. Gonzalez – I.D. #619566. At the time of the incident Affiant Minister Antonio El was giving no probable cause as to why he was conducting a traffic stop Minister Antonio El stated "No I would not like too exit "; Defendant Daniel A. Gonzalez I.D. #619566 continued to harass Minister Antonio El continuously asking for a "Commercial Driver's License". Immediately Minister Antonio El requested to speak to supervisor regarding Minister Antonio El's Right to Private Mode of Locomotion as Defendant Daniel A Gonzalez – I.D. #619566, began to call via walkie-talkie for assistance from four other unidentified LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT Officers after Minister Antonio El requested and waited for a supervisor, no supervisor arrived.

As Minister Antonio El was being distracted purposely by Defendant Daniel A. Gonzalez- I.D. #619566 conversation Minister Antonio El and Marie Mairiam Bijou Bayo El was unaware that Defendant Kevin A. Honea – I.D. #617339 had reached his hand inside of Minister Antonio El and Marie Mairiam Bijou Bayo El's private family motor conveyance passenger window and opened the passenger door without any consent given; Defendant Kevin Honea-I.D. #617339 had the intent to unlawfully search and seize Minister Antonio El and Marie Mairiam Bijou Bayo El family's private property. Video evidence obtained by Defendants showing the crime being committed by Kevin, A Honea – I.D. #617339 violating Minister Antonio El and Marie Mairiam Bijou Bayo El's unalienable fourth Amendment right to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures shall not be violated and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and persons or things to be seized.

Causing Minister Antonio El to be in fear of his safety and Marie Mairiam Bijou Bayo El, Ali El and Amirah El's safety because the four officers surrounding the private motor conveyance were aggressive, armed and dangerous as Minister Antonio El and Marie Mairiam Bijou Bayo El were then and there placed under threat, duress and coercion; surrounded by four corrupt agents as Minister Antonio El attempted to protect his family from the known violations caused by LOS ANGELES COUNTY SHERRIF'S DEPARTMENT. Minister Antonio El attempted to travel away from the agents safely as Defendant Daniel A. Gonzalez - I.D #619566 stated in a false emergency radio broadcast that he was assaulted and nearly struck causing Daniel A. Gonzalez #619566 to fall by Minister Antonio El and Marie Mairiam Bijou Bayo El's  private family conveyance, falsely reporting a commercial statue violation of

(245 - Assault With a Deadly Weapon) as later discovered in the video surveillance obtained by the defendants that it was a false emergency report and conspiracy causing Minister Antonio El and Marie Mairiam Bijou Bayo El to be falsely imprisoned.

Affiant Marie Mairiam Bijou Bayo El's firearm was stolen by the LOS ANGELES COUNTY SHERRIFF'S DEPARTMENT agents, reporting that it was not Marie Mairiam Bijou Bayo El's property and that it was not registered to her Defendant Daniel A. Gonzalez I.D. #619566 violated Marie Mairiam Bijou Bayo El

Affiant Minister Antonio El and Marie Mairiam Bijou Bayo El, and there two children Amirah El and Ali El was then extorted from the private conveyance, kidnapped and held without voluntary consent under threat, duress and coercion the private family conveyance and private property was stolen by LOS ANGELES COUNTY SHERRIFF'S DEPARTMENT's agents and towed in exchange for ransom of Federal Reserve Notes.

At the time of the violations Affiant Minister Antonio El requested for a Supervisor to assist in stopping the known violations, no Supervisor arrived to the incident to address the matter. LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT Defendant Kevin, Honea #617339 stated to Affiant Minister Antonio El and Marie Mairiam Bijou Bayo El that they were under arrest without Due Process of Law, and stated to Affiant Minister Antonio El that Affiant Marie Mairiam Bijou Bayo El is under arrest allegedly for "Resistance of Arrest". Affiant Minister Antonio El then instantly realized the corruption in the said organization prohibited by the RICO ACT of 1970. LOS ANGELES COUNTY SHERIEFF' DEPARTMENT Defendants Daniel A. Gonzalez - I.D. #619566 and Kevin Honea - I.D. #617339, did commit the crime of Domestic Terrorism 18 USC § 2441 (5) and the several unidentified assisting LOS ANGELES COUNTY SHERIEFF'S DEPARTMENT agents did commit the crime of 18 U.S. C § 242- Deprivation of rights under color of law.

LOS ANGELES COUNTY SHERIEFF' DEPARTMENT Defendant Daniel, A. Gonzalez - I.D. #619566 & Kevin Honea - I.D. #617339 did commit the prohibited crimes of: Conspiracy to interfere with civil rights – 4 Violent Crimes in Aid of Rackeetering -18 U.S.C § 1959, Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor- 18 U.S.C § 1592, Genocide - 18 U.S.C § 1091 , § 242, Kidnapping - 18 U.S.C § 1201,Treason -18 U.S.C § 2381, False information and hoaxes- 18 U.S.C § 1038.

Affiant Minister Antonio El respectfully request that the court issue a Warrant of Arrest for Daniel, A. Gonzalez - I.D #619566 and Kevin, Honea - I.D. #617339 and to include all other individuals/agents involved with breaking U.S. Codes.

I Am: _SK. Anton_____

**Consul / Minister- Antonio El**
Natural Person In Propia Persona, Sui Juris Heir
Authorized Representative, Natural Person
All Rights & Liberties Reserved Allodial
Without Prejudice/Recourse UCC 1- 308/207/103

Witness: _Marie Marian Bijou Bayo El_

**Marie Mairiam Bijou Bayo El**
Natural Person In Propia Persona, Sui Juris Heir
Authorized Representative, Natural Person
All Rights & Liberties Reserved Allodial
Without Prejudice/Recourse UCC 1- 308/207/103



**28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury**

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under    penalty of perjury, and dated, in substantially the following form:

**Executed without the United States:**

I/We, **Antonio El**, and **Marie Mairiam Bijou Bayo El** Sui Juris Heir and Noble Affirm under penalty of perjury under the laws of the **United States of America** that the foregoing is true and correct.

Executed on _____

_Sk. Anton_____

(Autograph)
A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved Allodial & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103


_Marie Mariam Bijou Bayo El_

(Autograph)
A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved Allodial & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103







# Treaty of Peace & Friendship
# 1787
# Between Morocco and The United States

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME OR BE MADE KNOWN- WHEREAS THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED BY THEIR COMMISSION BEARING DATE THE TWELFTH DAY OF MAY ONE THOUSAND, SEVEN- HUNDRED AND EIGHTY-FOUR THOUGHT PROPER TO CONSTITUTE JOHN ADAMS, BEN- JAMIN FRANKLIN AND THOMAS JEFFERSON THEIR  MINISTERS PLENIPOTENTIARY, GIVING TO THEM OR A MAJORITY OF THEM FULL POWERS TO CONFER, TREAT & NEGO- TIATE WITH THE AMBASSADOR, MINISTER OR COMMISSIONER OF HIS MAJESTY THE EMPEROR OF MOROCCO CONCERNING A TREATY OF AMITY AND COMMERCE, TO MAKE & RECEIVE PROPOSITIONS FOR SUCH TREATY AND TO CONCLUDE AND SIGN THE SAME, TRANSMITTING TO THE UNITED STATES IN CONGRESS ASSEMBLED FOR THEIR FINAL RATIFICATION.

AND BY ONE OTHER COMMISSION BEARING DATE THE ELEVENTH DAY OF MARCH ONE-THOUSAND SEVEN-HUNDRED & EIGHTY-FIVE DID FURTHER EMPOWER THE SAID MINISTERS PLENIPOTENTIARY OR A MAJORITY OF THEM, BY WRITING UNDER THE HANDS AND SEALS TO APPOINT SUCH AGENT IN THE SAID BUSINESS AS THEY MIGHT THINK PROPER WITH AUTHORITY UNDER THE DIRECTIONS AND INSTRUCTION OF THE SAID MINISTERS TO COMMENCE & PROSECUTE THE SAID NEGOTIATIONS & CONFER- ENCES FOR THE SAID TREATY PROVIDED THAT THE SAID TREATY SHOULD BE SIGNED BY MINISTERS:  AND WHEREAS, WE THE SAID JOHN ADAMS & THOMAS JEFFERSON TWO OF THE SAID MINISTERS PLENIPOTENTIARY (THE SAID BENJAMIN FRANKLIN BE- ING ABSENT) BY WRITING UNDER THE HAND AND SEAL OF THE SAID JOHN ADAMS AT LONDON, OCTOBER FIFTH, ONE-THOUSAND SEVEN-HUNDRED AND EIGHTY-FIVE, & OF THE SAID THOMAS JEFFERSON AT PARIS OCTOBER THE ELEVENTH OF THE SAME YEAR, DID APPOINT THOMAS BARCLAY, AGENT IN THE BUSINESS AFORESAID, GIVING HIM THE POWERS THEREIN, WHICH BY THE SAID SECOND COMMISSION WE WERE AU- THORIZED GO GIVE, AND THE SAID THOMAS BARCLAY IN PURSUANCE THEREOF, BATH ARRANGED ARTICLES FOR A TREATY OF AMITY AND COMMERCE BETWEEN THE UNITED STATES OF AMERICA AND HIS MAJESTY THE EMPEROR OF MOROCCO & SEALED WITH HIS ROYAL SEAL, BEING TRANSLATED INTO THE LANGUAGE OF SAID UNITED STATES OF AMERICA, TOGETHER WITH THE ATTESTATIONS THERETO AN- NEXED ARE IN THE FOLLOWING WORDS, TO WIT:

## IN THE NAME OF ALMIGHTY GOD.

THIS IS A TREATY OF PEACE AND FRIENDSHIP ESTABLISHED BETWEEN US AND THE UNITED STATES OF AMERICA, WHICH IS CONFIRMED, AND WHICH WE HAVE OR- DERED TO BE WRITTEN IN THE BOOK AND SEALED WITH OUR ROYAL SEAL AT OUR COURT OF MOROCCO IN THE TWENTY-FIFTH DAY OF THE BLESSED MONTH OF SHA-



BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN PERMANENT.

## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.



## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.



## ARTICLE 6

If any **Moor** shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any **Moor** not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.



## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.



## ARTICLE 10

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

## ARTICLE 11

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports—be the enemies **Moors** or Christians.

## ARTICLE 12

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE 13

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE 14

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE 15



Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE 16

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized of by either of the parties.

## ARTICLE 17

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

## ARTICLE 18

All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be





punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

## ARTICLE 19

No vessel shall be detained import on any pretense whatever, nor be obliged to take on board on any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

## ARTICLE 20

If any of the citizens of the Untied States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## ARTICLE 21

If any citizen of the Untied States should kill or wound a **Moor,** or, on the contrary, if a **Moor** shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

## ARTICLE 22

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of hi affects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear, who has right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruptions; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

## ARTICLE 23

The consuls of the United States of America, shall reside in any port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

## ARTICLE 24

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE 25

This treaty shall continue in full force, with the help of God, for fifty years. We delivered this book into the hands of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

   I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

                                                    **THOMAS BARCLAY.**



## ADDITIONAL ARTICLE

Grace to the only God.

    I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve),* having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the **citizens of America** our good friends."

    And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.
    The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

    I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

## TREATY WITH MOROCCO. 1787

    Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.
    In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**    (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**    (L.S.)
*Paris, January 1st, 1787.*

## ADDITIONAL ARTICLE

Grace to the only God.

    I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve)*, having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the **citizens of America** our good friends."

    And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.
    The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

    I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

## TREATY WITH MOROCCO. 1787

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.
In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**      (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**      (L.S.)
*Paris, January 1st, 1787.*

# C.M. Bey, Certificate No. AA 222141
# and
# Moorish Civic Relations Concepts

### Bro. Taj Tarik Bey

05/23/2019





90°          N          90°

W —                    — E

M.A.

90°          S          90°

# MOORS ORDER OF THE ROUNDTABLE

### CIVICS, SCIENCE, HERITAGE CLASS

**Moors:** The descendants of the Ancient Moabites. The true indigenous Peoples who inhabited the Northwestern and Southwestern Continents (lands) of Ancient Amexem / Al Moroc. now called The Americas (North. Central. South and the adjoining Islands). Through the reconstruction of historical writings (**The Dark Period**), these peoples and their lands have been **renamed** or "**branded**" to confuse the People. concerning the true geographical location of their Native lands. which are under European siege (Colonization). Moors are bound to the Continents of the Americas by Heritage and Birthright.
©1996   M.A.H.S..   Amexem

# AMEXEM

### Northwest and Southwest Amexem along with the adjoining Islands—Land of the Moors, the descendants of the Ancient Moabites.
### In these Contemporary times, Amexem is called America.
### — Home —



### These are some of the Names Amexem has been called:

Amexem
Mu
MRC
Moroc
Al Moroc
Northwest and Southwest Africa
North and South America.

America is the prefix of <u>Amexem</u> and the suffix of <u>Africa</u>  =  <u>Ame</u> — <u>rica</u>.

America   =  Al Moroc
American  =  Al Moroccan
Al Moroccan  =  Moorish American

Moors:  The descendants of Moroccans and born in America.  Al Moroccans.

— Bro. Tol Tarik Bey — Moors Order Of The Roundtable. Northwest Amexem



# Moors Order Of The Roundtable:
# Civic Lesson Book
# No. 14
# Title:
# C.M. Bey, Certificate No. AA222141
# and
# Moorish Civic Relations Concepts
© Bro. Taj Tarik Bey, 1996 A.D., 1416 M.C.

## Moorish Nation, Northwest Amexem

---

### WARNING!

Never lose focus that the <u>judges of all the States and the politicians take their oaths of office on the Constitution of the United States of America, not on police policy code books or municipal rules and regulations</u>. Their first obligation is to uphold the Supreme Law of the Land. Judges are authorized to see that the Law (Constitution) is upheld and enforced in all controversies - they must be impartial to the parties before the court. Judges are not prosecutors and violate the Law if they act as prosecutor from the bench. Their job is to referee between the parties who bring issues of abridgement or injury before the courts. In controversies between Moors and the foreign Christian Union Citizens, the <u>Courts already have the lawfully prescribed venue for jurisdiction for such cases;</u> it is called <u>Consular Court</u>. All the judges of every State must be held to the Law. If Moors are in the Union States incorporated courts - establish this fact on the record. If the court is not <u>Consular or Constitutional with Treaties</u>, it has <u>no jurisdiction</u>. Any attempt of adjudication on the part of any judge, prosecutor or officer of the court, in such controversies, is Color of Law, Color of Authority and fraudulent. Moors! Understand and recognize the <u>Law and reason</u> of your <u>Nationality Identification Card, Constitution and Treaty</u>. If you do not use the Law and stay focused on it, you will <u>lose your right to self defense</u> and become a cooperative <u>agent</u> in your own <u>unlawful legal abuse!</u> Gauge all actions of judges, prosecutors and politicians by the Constitution and Treaties - not by their personal attitudes or prejudices!

- Bro. Taj Tarik Bey, Son of a Widow, Amexem.



# MOORISH NATIONAL ZODIAC CONSTITUTION

## PREAMBLE

NATURAL RIGHTS ARE THOSE RIGHTS such as life (from conception), LIBERTY and the PURSUIT OF HAPPINESS e.g. FREEDOM of RELIGION, SPEECH, LEARNING, TRAVEL, SELF-DEFENSE, ETC...

The 12 signs of the Zodiac with the mathematical system of numerology, and the science of geometry (G), comprise the Constitution of the living Asiatic MOORISH Nation of North America (Moors) labeled as, non-national "Negroes, Colored, Afro-Americans, Blacks, African-Americans, Indians, West Indians, Caribbean, etc.," who ruled the world within the Ottoman Empire, for eleven hundred and ninety-six (1196) years, until the Amazon Dutch German; the Catholic Priesthood Fathers of the Revolution of 1789 AD; the Sisterhood of the Magna Charta; the Emancipation Proclamation, and the Union Society of European Supremacy in the year of 1863 AD., by natural exploration and navigation using the celestial bodies as a map and compass in all endeavors of life.

The Science of Astrology in the 12 signs of the Zodiac; the Sun, Moon, and Planets, is the oldest science in the world, and a manuscript in which histories of humanity in past ages are read. It enables mankind to know self; it provides direction for human destiny, and it's the only science that enables people to become supreme moral law unto their selves. In order for the people to secure their economic and social status, they must first endeavor to equally secure their economic and social status of the unfortunate ones that dwell amongst them - which solves all social problems.

## ARTICLE I

Moorish Governing Body Responsibility

"WE THE PEOPLE" created the Constitution as the essential guide for our own governing.

We the people of the Living Moorish-American Nation that encompass the governing bodies of the 12 are entrusted with the knowledge of the Natural Law of the Zodiac and understand the forces that govern the Law of Cause and Effect. This knowledge enables self-restraint and allows for adjustments to be made that result in good and faithful reasoning and decision-making as to navigate to counter the influences of the universe that exist in lower-nature for the benefit of the whole. Moorish governing bodies protect and serve birthrights and wellbeing of the people, and prevent recurrent atrocities of history where rulers of nations force members of the human family into ignorance and despair for the

1



purpose of oppressive rulership. Decisions are based on freedom, justice, human equality, prosperity, peace, and culture for the world – with respect for Mother Earth.


## ARTICLE II

Zodiac Constitution Birth Right of the Moorish Americans

Bey, EL, Al, Ali, Dey and Pasha were the original 'We the People."

Since the 12 Juryman's of the 48 Union States Magna Charta document of white supremacy that was instrumental in European colonization of the Americas, and the nine judges of their Supreme Court were all founded upon Moorish Mathematical 12 signs Zodiac Constitution, the U.S.A lawmakers have no jurisdiction over free MOORS within and without of the borders of their own inherited lands of the MOORISH Nation, namely, U.S.A/North America, Canada and Central and South Americas. The MOORISH American nationality and the Moorish sir names, are inherited Birthrights without a legal due process of the lawmakers of the U.S.A.

MOORISH Forefathers of former times are the identical Moors of the present day without a doubt or contradiction.


## ARTICLE III

Taxation and Military Exemption of Moorish Americans

PROVISIONS DO NOT EXIST IN THE SCIENCE OF THE ZODIAC FOR MYSTIC GODS, RELIGIOUS WORSHIP, COLORFUL RACIAL CASTE SYSTEMS, SOCIAL STATUS CASTE SYSTEMS, IGNORANCE, **WAR**, CRIME, SLAVERY AND HUMAN INJUSTICE.

The MOORS referred to as: "Negroes, Afro-Americans, Blacks, and African-Americans" are not, and can never become; members and citizens of the Union Society of the 48 States, namely; U.S.A.  The Moorish Nation is indigenous; therefore, cannot be compelled to join or indiscriminately be drafted into the Union, U.S.A. Army, military, or any other armed services to fight for the Magna Charta code of white supremacy against themselves. The lawmakers of the 48 States Union/U.S.A. hold no such authority to command or mandate MOORS to pay taxes. Taxation without representation is a supreme violation of the Moorish Zodiac Constitutional Birthright of ISLAM. Until the Union lawmakers of U.S.A restore the Moorish Zodiac Constitution; Moors are not obligated to honor taxation without representation.

2

## ARITCLE IV

Freedom to exercise responsible Free Enterprise, Employment, and Protection of Moorish Americans

"...WHEREAS RECOGNITION OF THE INHERENT DIGNITY AND OF EQUAL AND INALIENABLE RIGHTS OF ALL MEMBERS OF THE HUMAN FAMILY IS THE FOUNDATION OF FREEDOM, JUSTICE, [INCLUDES PROSPERITY], AND PEACE IN THE WORLD." –UNITED NATIONS UNIVERSAL DECLARATION OF HUMAN RIGHTS PREAMBLE --

(In recognition of every lawmaker and the heads of industry and business enterprises of the 48 Union States Magna Charta order/U.S.A who constitute members and citizens of the Magna Charta Christian Church and the Temple system of Jesus Christ King, and all constituents thereof have occupied jury over the wealth and culture of the living indigenous Moorish-American Nation of North America. Said lawmakers and heads of industry are obligated by International and Universal Law to provide a means for employment, food, clothing, shelter, medical care; and protection of equal rights with respect to service and protection from all crimes, violent offenses, and injustices aimed against the Moorish-American Nation of men, women, and children.

## ARTICLE V

Immoral Marriage License Code against the Zodiac Law of Nature and Creation

TRUTH CANNOT BE ALTERED AND THEREFORE NEED NO APOLOGY NOR DOCTRINE BECAUSE IT IS THE SUPREME REALITY FOR THE ENTIRE HUMAN FAMILY – WOMEN AND MAN.

(1) The establishment of the Marriage License, the State's Rights and Codes are null and void of merit or worth. This institution of marriage license was deceitfully established by the Sisterhood Christian Daughters of the American Revolution (D.A.R) with the Brotherhood of Christian sons and Roman Catholic Priesthood to prevent Moorish men and women from procreating within the European Magna Charta Society of "white" supremacy.

(2) The union between woman and man resulting in the creation of off-spring is natural law in which a marriage license is disdainful, irrelevant, and is a blatant violation of Supreme Universal Law of the Most High Creator because it is an act of selling woman and man back to themselves.

(3)The effect of the union Magna Charta marriage license code stigmatized the woman of this institution to become supreme social slaves against their will. The severed relationship from the universal family resulted in internalized sorrow and anger affecting the psyche or soul of their own off-spring to inherit tendencies of deviant acts, hatred, insanity, lack of respect for good and beneficial law for all members of the human family, and various other diseases.

(4) The idea of illegitimate offspring from woman and man is a fallacy – it does not exist.

3



(5) By the Laws of Creation , The Woman is the supreme gate of creation of both male and female. This truth represents (ISLAM) or *I Self Law Am Master*; the Great Carpenter and the Grand Architect of the Human family.

(6) "ADAM" means the positive forces in woman and sons. And "EVE" means the negative forces of woman and sons, responsible for EVOLUTION or reproduction of children by the law of nature.

(7) The pope, priest, and preacher, judges of the Christian Society definitely cannot prove that their "ADAM" and "EVE" had a marriage license.

## ISLAM (I SELF LAW AM MASTER)

Supreme Standard of the Zodiac Marriage Law - Culture

The elements of the signs of the Zodiac; the woman and the man's opposite signs that create perfect compatibility and desire to complete the circle of existence, and their union; is natural law which is inherent in the very breath and being of all creatures in all of creation. No preacher, money, license or religion is necessary in the natural Zodiac marriage law.

The 1863 union Bible story of "EVE" and "ADAM" were founded upon the Moorish Zodiac twelve signs law – the negative and the positive forces of nature (not good or bad, female or male gender, or masculine or feminine) however, qualities where male or the masculine signs were more extroverted, and female or feminine signs had traits of being more introverted in nature. Persons born under the opposite signs and the angle signs of their mate are in harmony with nature, thus, knowledge of the sign under which a mate is born will provide guidance for a destiny in peace, progress and happiness forever.

The Zodiac is not a theory; it is an absolute universal compass for marriage and human guidance. Woman and man will know their duty toward one another and their children without being forced by the traditional code of the courtroom.

## ARTICLE VI

This one and only Universal Moral Law for Unity, Peace and Economic and Social Progress

The MOORISH Zodiac Constitution is the only universal unchanged moral law for the human family that constitutes unity; human equality, respect, peace and economic and social progress. Therefore, every MOOR must be guided by this Constitution, and act on what is right by good and faithful reason and have respect for all people.

The Asiatics of North America (Moors) are descendants of the Ancient Canaanites, Moabites, Hamites, Cushites, Shemites, Japhethites, Chaldeans and the Magis of Egypt etc. The Free Moors are guided by the laws of the Universe.

4



The European—American is guided by the Magna Charta traditions and customs which is termed Christian law and a rule of action recorded on paper and supported by their authority by man and force. Nevertheless, their European customs and traditions, including themselves, must be respected without Moors submitting to any of the Magna Charta practices and traditions.

The Laws of the Original Nation are recorded in nature as knowledge of the Sun, Seven, Moon, Star and Comets; which prevents Moors from indulging in crime; whereby not having to appear before a European court.

Free Moors do not indulge in criminal acts such as, Cocaine, Robbery, Violence, Sodomy; Deadly-Force, Forgery, Prostitution, Illegal Schemes or breaking peace in any form. The Zodiac law of nature is recorded in wisdom of woman, man, and supported by moral intelligence – the greatest law. Knowledge of Zodiac masonry as shown in this Moorish Constitution will prevent crime.

## LOVE * TRUTH * PEACE * FREEDOM * JUSTICE

# WARNING

**A Moorish American cannot be convicted on false accusation-frame-up charges.**
**The evidence against a Moorish American must be concrete proof beyond the shadow of doubt.**
**The Moorish nation of 150,000,000 of the U.S.A., shall not be destroyed for lack of truth and knowledge of the law and constitution of the MOORS.**

## ARTICLE VII

The Moorish Americans Freedom and legal rights in the Christian union Court Room

In the Christian Union Court Room, the MOORS cannot be forced to remove their Red Fez from their heads, nor can they be forced to raise their hand take an oath over the Christian Bible. Neither can the MOORS – the Beys and Els, employ lawyers to represent them. The reason for this is that lawyers cannot represent free MOORISH Americans.

The Negro is the property of the Union slave holders. The MOORS must respect the court by saying "I AFFIRM". Here the court has no jurisdiction over them which automatically makes them qualified to defend themselves by their Zodiac Constitution Law and their mathematical number nine, (9) corresponds with the letter I, based on the nine months from conception to birth which makes you,

5



yourself, the great I AM, the first and the highest law of self-protection and self-preservation in harmony with your Zodiac12 signs unchanged Constitution moral law, of 360 degrees squared by your number nine, (9).

The MOORISH Zodiac Constitution is referred to in Christian mason mythology as, "The Holy Koran" or "Al Koran", meaning earth, moon, sun and the seven planets of the chronology Zodiac record of the MOORISH nation of the North Gate –North America.

The name, "Mohammed", prophet, religion, God, Church, Temple and Mosque, were established by the Dutch-Anglo-Saxon Priesthood Franciscan Fathers of North America who overthrew the MOORISH society of ISLAM between 1789 and the Union of 1863.

The MOORS must never attempt to teach or lecture in the Christian institutions, namely:  Church, Temple, Mosque, School and Hall.

This is a violation of the Union society states right Magna Charta code of Mary and Christ. The truth of the MOORISH Zodiac Constitution law and moral human principle conflicts with the Christian Union customs and doctrine of the Magna Charta from every angle.

Moors do not criticize the Christian Union people to accept the moral truth and principles of The 12 signs Zodiac Constitutional Law, due to the Magna Charta is a Latin phrase meaning, MAGNATE CHARTER of "white" peoples economic and social attraction only, which had its beginning in the colonies of Ohio, Michigan, Indian, and Illinois in 1848 and 1854 which ended in 1954.

(Wa Alaikum As-salaam) Moorish Latin, which mean: and with you be peace (ISLAM)

If the lawmakers of the 48 union states of North America should attempt to ignore the Moorish Americans Zodiac Law and birth rights of the Constitution. It would be an act of supreme violation of their own Magna Charta Code.

### ~ Charles Mosley Bey ~

Ph.D., Doctor of Law; LLD Degree, 33 and a 3rd Degree Mason, Master Astrologer, Moorish Mason of the Ancient Ones