1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EL CONSUL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 19-cv-03760-HSG <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** <br><br> Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Clerk transfer this case to the Central District of California and close the file.

**IT IS SO ORDERED.**

Dated: July 30, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge